# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CHRISTINE HESS on behalf of** : **CIVIL ACTION**
**her minor child HOLDEN COTES** :
:
**v.** :
:
**GLAXOSMITHKLINE, et al** : **NO. 10-5198**

## ORDER

**AND NOW**, this 24th day of March, 2011, upon consideration of the Plaintiff's Motion to Remand (Document No. 9), the defendant's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**, and this matter is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the state court from which it was removed.

      /s/Timothy J. Savage
      TIMOTHY J. SAVAGE, J.